

**ORDERED in the Southern District of Florida on November 9, 2017.**

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:                                                  Case No.: 17-16667-PGH

EDUARDO SALAS HERRERA                                   Chapter 11

      Debtor.
_____/

### ORDER DEFERRING RULING ON MOTION TO CONVERT OR DISMISS CASE, OR ALTERNATIVELY, FOR APPOINTMENT OF CHAPTER 11 <u>TRUSTEE OR TEMINATE EXCLUSIVITY [ECF NO. 49]</u>

**THIS CAUSE** came before the Court in West Palm Beach, Florida, on November 2, 2017 at 9:30 a.m. upon the *Motion to Convert or Dismiss Case, or Alternatively, for Appointment of Chapter 11 Trustee or Terminate Exclusivity* ("Motion to Convert") [ECF No. 49], filed by Creditors Rancho Santa Teresita, LLC ("Rancho") and Purple Lane Farms, LLC ("Purple Lane"). By way of the Motion to Convert, Creditors Rancho and Purple Lane seek the entry of an Order either converting this case to Chapter 7 or dismissing this Chapter 11 case, or in the alternative

appointing a Chapter 11 Trustee. The Court considered argument of counsel, as well as considered the *Debtor's Response in Opposition to Motion to Convert or Dismiss Case, or Alternatively, for Appointment of Trustee* [ECF No. 68]; *Debtor's Amended Response in Opposition to Motion to Convert or Dismiss Case, or Alternatively, for Appointment of Trustee* [ECF No. 70] filed by the Debtor, Eduardo Salas Herrera (the ""Debtor"); and the *Creditors' Reply in Further Support of Motion to Convert or Dismiss Case, or Alternatively, for Appointment of Chapter 11 Trustee or Terminate Exclusivity* [ECF No. 72] (the "Reply") filed by Rancho and Purple Lane. The Court has determined that in order to rule on the Motion to Convert, it will need to conduct an evidentiary hearing upon completion of any discovery in such contested matter. Accordingly, the Court being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court shall conduct an evidentiary hearing upon the Motion to Convert, the Response and Reply, such evidentiary hearing to be scheduled upon the parties completing any necessary discovery in connection with such contested matter.

2. The parties shall complete discovery in connection with such contested matter on or before November 30, 2017.

3. Creditors Rancho and Purple Lane, as well as Gary Plichta and Christina Plichta, as Defendants in Adversary No. 17-01372-PGH (the "Adversary Proceeding") are hereby granted relief from the automatic stay to serve or provide any appropriate or necessary notices in connection with any counterclaims/claims which such parties should choose to assert in the Adversary Proceeding.

4. By agreement of the Debtor and his counsel, the Court finds the automatic stay imposed by Section 362(a) of the Bankruptcy Code does not apply to Rancho or Rancho's

2

property.

5. Except as to the Buy-Sell Option set forth in Article XII of the Rancho Santa Teresita, LLC Amended and Restated Operating Agreement (the "Rancho Operating Agreement"), dated as of September 27, 2015, the members of Rancho shall be entitled to exercise all rights as set forth in such Rancho Operating Agreement.

6. Neither Purple Lane, nor Gary Plichta as Managing Member of Purple Lane, shall have any obligation to pay any expenses of Debtor or Rancho, other than those expenses, if any, required in the Rancho Operating Agreement.

7. Neither Debtor nor Purple Lane as putative members of Rancho shall have any obligation to one another if not set forth in the Operating Agreement.

### #

Submitted by
Kenneth B. Robinson, Esq.
**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
Attorneys for Purple Lane
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

**Kenneth B. Robinson, Esq. is directed to serve copies of this Order upon: Craig A. Pugatch, Esq., Aaron Resnick, Esq. and Nicholas Bangos, Esq. and all interested parties and to file a Certificate of Service with the Court.**